

# Fourth Court of Appeals
## San Antonio, Texas

September 5, 2019

Nos. 04-19-00192-CR & 04-19-00193-CR

John Joe **AVALOS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2018CR7068 & 2018CR10374
Honorable Lori I. Valenzuela, Judge Presiding

## O R D E R

Appellant's motion for extension of time until September 13, 2019, to file a reply brief is granted.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of September, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court